IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-50607
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SHIRKERY AMIN ABDUL MUHYEE,
also known as Secret, also known as
Shirkery Muhyee,

Defendent-Appellant.

Appeal from the United States District Court for
the Western District of Texas
(USDC No. W-00-CR-9-2)

_____
February 2, 2001

Before REAVLEY, JOLLY and JONES, Circuit Judges.

PER CURIAM:*

Defendant-Appellant Shirkery Amin Abdul Muyhee appeals the district

court's denial of his motion to correct his sentence.  His appeal lacks any arguable

*Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

merit for two reasons.  First, he waived his right to appeal.  And second, Rule 35 has no application to his contention because he complains of no "arithmetical, technical, or other clear error."  *See* FED. R. CRIM. P. 35(c).

Affirmed.